**REESE LLP**
Sue J. Nam (State Bar No. 206729)
*snam@reesellp.com*
Michael R. Reese (State Bar No. 206773)
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

**REESE LLP**
George V. Granade (State Bar No. 316050)
*ggranade@reesellp.com*
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
Facsimile: (212) 253-4272

**SHEEHAN & ASSOCIATES, P.C.**
Spencer Sheehan (Admitted *Pro Hac Vice*)
spencer@spencersheehan.com
505 Northern Boulevard, Suite 311
Great Neck, NY 11021
Telephone: (516) 303-0552
Facsimile: (516) 234-7800

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE DAILEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>A & W CONCENTRATE COMPANY and KEURIG DR PEPPER INC.,<br><br>Defendants. | Case No. 4:20-cv-02732-JST<br>Hon. Jon S. Tigar<br><br>**NOTICE OF APPEARANCE OF SUE J. NAM ON BEHALF OF PLAINTIFF** |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

I, Sue J. Nam, hereby certify that I am admitted to practice in this Court. Please enter my appearance as counsel in the above-captioned case for Plaintiff and the proposed class.

Respectfully submitted,

Date: August 12, 2020

**REESE LLP**

By: */s/ Sue J. Nam*
Sue J. Nam (State Bar No. 206729)
*snam@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

*Counsel for Plaintiff and the Proposed Class*