United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE DAILEY,<br><br>        Plaintiff,<br><br>    v.<br><br>A&W CONCENTRATE COMPANY, et al.,<br><br>        Defendants. | Case No. 20-cv-02732-JST<br><br>**ORDER TO SHOW CAUSE AS TO WHY CASE SHOULD NOT BE STAYED** |

Defendants describe this case as "a near-duplicate of an ongoing lawsuit filed by Plaintiff's counsel in the U.S. District Court for the Eastern District of New York, *Sharpe v. A&W Concentrate Company and Keurig Dr. Pepper Inc.*, Case No. 1:19-cv-00768-BMC (E.D.N.Y.)." ECF No. 40 at 6; ECF No. 49 at 4. Plaintiff agrees. ECF No. 48 at 6; ECF No. 52 at 6.

Accordingly, the parties are hereby ordered to show cause as to why this case should not be stayed pending resolution of *Sharpe*. The parties shall file written responses to this order by October 16, 2020, at which time the Court will take the matter under submission. If the parties agree that this case should be stayed, they shall file a stipulation and proposed order by the same date.

The case management conference currently scheduled for October 26, 2020 is continued to December 8, 2020 at 2:00 p.m. An updated joint case management statement is due December 1,

/ / /

/ / /

/ / /

/ / /

/ / /

1  2020.  The case management conference will not proceed, and no case management statement will
2  be due, if the case has been stayed.

3  **IT IS SO ORDERED.**

4  Dated:  October 6, 2020



JON S. TIGAR
United States District Judge