UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE DAILEY, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>A & W CONCENTRATE COMPANY and KEURIG DR PEPPER INC.,<br><br>        Defendants. | Case No. 4:20-cv-02732-JST<br><br>[PROPOSED] ORDER REGARDING JOINT MOTION TO STAY PENDING SETTLEMENT |

The parties have jointly moved to stay this case pending final-approval review of the parties' nationwide settlement agreement, which covers the parties and claims in this proceeding and has received preliminary approval by the U.S. District Court for the Eastern District of New York in the *Sharpe v. A&W Concentrate and Keurig Dr Pepper Inc.*, No. 19-cv-768, (E.D.N.Y.) action. ECF No. 125. The Court grants the motion and stays this action in its entirety pending the *Sharpe* court's final approval of the Parties' nationwide class settlement agreement and the final effective date of that agreement.

This matter is set for a case management conference on December 12, 2023, with a joint case management statement due by December 5, 2023. These dates will be vacated if the parties file a stipulated dismissal of this case.

DATED: _____June 7_____, 2023

                                                                                                                                                                                                                                                                      _____
JON S. TIGAR
United States District Judge

1