UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE DAILEY, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>A & W CONCENTRATE COMPANY and KEURIG DR PEPPER INC.,<br><br>    Defendants. | Case No. 4:20-cv-02732-JST<br><br>[PROPOSED] ORDER REGARDING STIPULATION OF DISMISSAL WITH PREJUDICE |

The Parties have filed a stipulation of dismissal dated January 4, 2024, stating that they have agreed to a settlement of this action. Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: \_\_\_\_\_January 4\_\_\_\_\_, 2024

_____
JON S. TIGAR
United States District Judge